UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

March 24, 2026

Jessica Marie James Curtis
Sheila G. Jessee
Robert S. Lafferrandre
Randall James Wood
Pierce Couch Hendrickson Baysinger & Green
1109 North Francis Avenue
Oklahoma City, OK 73106

**RE:     25-7082, Barrick v. Kasbaum, et al**
          Dist/Ag docket: 6:23-CV-00129-JFH-GLJ

Dear Counsel:

Appellees' brief is deficient because:

**There is no statement of the reason(s) oral argument is necessary**. *See* 10th Cir. R. 28.2(C)(2).

There is no certificate of counsel stating the need for separate briefs. *See* 10th Cir. R. 31.3(B).

The table of authorities must not use the "passim" notation but instead must list every page on which an authority is cited. *See* 10th. Cir. R. 28.3(C).

You must file a corrected brief. Do not file paper copies of your brief unless/until the court orders you to do so.

The time to file a reply brief will run from the date of service of appellees' corrected brief.

If you fail to correct the stated deficiencies within three days of the date of this letter, the deficient brief will not be filed. In addition, the appellee will not be heard at oral argument unless the court grants permission. See Fed. R. App. P. 31(c).

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Alejandra J Brigida
  Christopher Lincoln Camp
  David Mitchell Garrett Jr.
  Devan Pederson

CMW/art

2