UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

April 13, 2026

Mr. Christopher Lincoln Camp
Camp Law Firm
7122 South Sheridan Road, Suite 2-382
Tulsa, OK 74133

Mr. David Mitchell Garrett Jr.
Garrett Law
320 South Boston Avenue, Suite 825G
Tulsa, OK 74103

**RE:    25-7082, Barrick v. Kasbaum, et al**
Dist/Ag docket: 6:23-CV-00129-JFH-GLJ

Dear Counsel:

The paper copies of appellant's brief are deficient.

The paper copies are not exact replicas of the electronic filing. Specifically, counsel submitted a paper copy of the deficient opening brief filed on January 14, 2026 [Doc. 29]. That brief was removed from the docket when counsel filed the corrected appellant brief on January 30, 2026 [Doc. 43] *See* the Court's CM/ECF User Manual at Section III(E) and 10th Cir. R. 31.5.

You must file seven corrected paper copies of appellant's brief [Doc. 38] within three days of the date of this notice. Failure to do so may result in dismissal of this appeal. *See* 10th Cir. R. 42.1. **Please note that all pending briefing deadlines remain in place.**

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:    Alejandra J Brigida
       Jesse Ogle
       Devan Pederson
       Randall James Wood

CMW/at