**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**August 31, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

BARBARA BARRICK, as Special Administrator of the Estate of Bobby Dale Barrick,

Plaintiff - Appellant,

v.

MATTHEW KASBAUM, et al.,

Defendants - Appellees.

No. 25-7082
(D.C. No. 6:23-CV-00129-JFH-GLJ)
(E.D. Okla.)

---

**ORDER**

---

This matter is before the court *sua sponte* at the direction of the judges assigned to hear oral argument on September 16, 2026. The September 16, 2026 oral argument in this matter is VACATED, and all counsel are excused from attendance at oral argument in Denver, CO.

Entered for the Court

Per Curiam